IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE E. MALOY, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 08-3912 |
| CITY OF PHILADELPHIA : | |

**ORDER**

**AND NOW**, this   17th   day of February, 2012, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 26) and all documents and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion is **GRANTED** as to Counts V and VI of the Amended Complaint (ECF No. 4).

2. Defendant's Motion is **DENIED** as to Counts I, II, III, IV and VII of the Amended Complaint.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**